■ GEORGE VAIS, Appellant, v EDITH S. COHEN et al., as Coexecutors of SAMUEL S. COHEN, Deceased, Respondents, et al., Defendants. [618 NYS2d 547] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Friedmann, J.), dated June 1, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Friedmann, at the Supreme Court, in his memorandum decision dated April 14, 1992. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.